UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANICE D. HARRIS, | Case No. C11-2163-TSZ |
| Plaintiff, | |
| v. | ORDER REMANDING CASE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed the parties' stipulation for remand, docket no. 14, and the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 15, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 11th day of April, 2012.

_____
THOMAS S. ZILLY
United States District Judge

ORDER REMANDING CASE
PAGE - 1