UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANICE D. HARRIS,<br><br>        Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>        Defendant. | Case No. C11-2163-TSZ<br><br>ORDER REMANDING CASE |

The Court, having reviewed the parties' stipulation for remand, docket no. 14, and the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 15, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 11th day of April, 2012.

                                                THOMAS S. ZILLY
                                                United States District Judge

ORDER REMANDING CASE
PAGE - 1