1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANICE D. HARRIS,

               Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

               Defendant.

Case No. C11-2163-TSZ

ORDER DISMISSING CASE

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, the plaintiff's objections to the Report and Recommendation,  and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation with the following modifications:

        (a)     At page 2, paragraph 3, line 5, the date "November 1, 2001" is corrected to "November 1, 2011."

        (b)     At page 16, first partial paragraph, line 2, the phrase "there days of work per month" is corrected to "three days of work per month."

(2)     The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

ORDER DISMISSING CASE
PAGE - 1

1       (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

2   to Judge Donohue.

3       DATED this 6th day of February, 2013.

4

5

6                                THOMAS S. ZILLY

7                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2